1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (415) 977-8995
6      Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER RODGERS, | No. 2:19-cv-02276-DMC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR A FOURTEEN-DAY EXTENSION FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The parties stipulate by counsel that Defendant shall have a further fourteen days to answer Plaintiff's complaint. Defendant's answer is due January 13, 2020; the parties stipulate to an extension through January 27, 2020. Good cause exists for this extension because Defendant must file with the answer a certified administrative record containing the records from the administrative proceedings, which includes a verbatim transcript of any hearings held before the agency as part of Plaintiff's application. Defendant has not yet completed the certified administrative record, but expects to do so sometime next week. The requested extension will give Defendant sufficient time to complete the record, and will give counsel for Defendant sufficient time to review that record before filing the answer and record with this Court.

Respectfully submitted January 9, 2020.

DATED: January 9, 2020
/s/ Shellie Lott
SHELLIE LOTT
(as authorized by email)
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney

DATED: January 9, 2020   By   s/ Daniel P. Talbert
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

Dated: January 10, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE