1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (415) 977-8995
6      Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER RODGERS,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-02276-DMC<br><br>STIPULATION AND ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

The parties stipulate by counsel that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to apply the regulations and rulings applicable for claims filed on or after May 27, 2017, including 20 C.F.R. § 404.1520c; re-evaluate Plaintiff's mental impairments in accordance with the special technique; re-evaluate Plaintiff's alleged symptoms with specific citations to the record; re-evaluate the opinion evidence of record; reassess Plaintiff's maximum residual functional capacity; and, if warranted by the expanded record, obtain supplemental vocational expert

evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy.

The parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant.

Respectfully submitted January 21, 2020.

DATED: January 21, 2020  */s/ Shellie Lott*
SHELLIE LOTT
(as authorized by email)
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney

DATED: January 21, 2020   By   *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

Dated: January 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE